John McCann, et al., Plaintiffs-Appellants, v. W. C. Gill and Peter Girardi, as Trustees of Welfare and Retirement Fund of Progressive Mine Workers of America, District No. 1, and Ray Dupee, Dominic Molnar, Lester Boetta, Jack Duncan, W. C. Gill, Paul Halberslaven, Louis Lumaghi, and Clarence Beck, as Members of the Joint State Executive Board of the Progressive Mine Workers of America, District No. 1, a Labor Union, and Coal Producers Association of Illinois, a Voluntary Association of Coal Operators, Defendants-Appellees.

Gen. No. 10,250.

Third District.
February 18, 1960.
Released for publication March 7, 1960.

Drach and Terrell (Raymond L. Terrell, of counsel) for plaintiffs-appellants; G. W. Horsley, Giffin, Winning, Lindner, and Newkirk, for defendants-appellees. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.